**Marion Anthony SMITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 43881.**

Missouri Court of Appeals,
Western District.

April 9, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 28, 1991.

Application to Transfer Denied
July 23, 1991.

David S. Durbin, Appellate Defender, Terri L. Backhus, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and KENNEDY and FENNER, JJ.

ORDER

PER CURIAM.

Defendant appeals from the denial of a Rule 24.035 motion for post-conviction relief without an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).

**William B. STURGEON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 43359.**

Missouri Court of Appeals,
Western District.

April 9, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 28, 1991.

Application to Transfer Denied
July 23, 1991.

David S. Durbin, Appellate Defender, Kansas City, for appellant.

William Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, C.J., and SHANGLER, GAITAN and BRECKENRIDGE, JJ.

ORDER

PER CURIAM:

Defendant appeals from the dismissal of a Rule 29.15 motion for post-conviction relief as untimely.

Affirmed. Rule 84.16(b).